IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARNOLD J. KNIGHT,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2364

Opinion filed October 2, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Arnold J. Knight, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.